UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2240

DANITA MITCHELL,

              Plaintiff - Appellant,

        v.

DEAN P. LOVEN; LISA BELL, Judge; FELICIA MCADOO, Chief
Deputy Sheriff; DANIEL BAILEY, Sheriff,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge. (3:10-cv-00148-RJC-DSC)

Submitted:  February 24, 2011      Decided:  February 28, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danita Mitchell, Appellant Pro Se.  Grady L. Balentine, Jr.,
Special Deputy Attorney General, Gerald Patrick Murphy,
Assistant Attorney General, Raleigh, North Carolina; Sean
Francis Perrin, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC,
Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danita Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil rights complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Mitchell's informal brief does not challenge the basis for the district court's disposition, Mitchell has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>